# United States Court of Appeals for the Federal Circuit

June 15, 2010

**ERRATA**

Appeal No. 2010-3073

**JOSEPH S. MURRAY,**
*PETITIONER,*

v.

**NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,**
*RESPONDENT.*

Decided: June 15, 2010
Non-Precedential Opinion

Please make the following change:

Page 3, line 20, change "Office of Personal Management" to -- Office of Personnel Management --.